# ReedSmith

**Peter D. Raymond**
Direct Phone: +1 212 549 0364
Email: praymond@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

12/13/11

December 9, 2011

**MEMO ENDORSED**

**By Hand**

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007



RECEIVED
DEC 12 2011
JUDGE KAPLAN'S CHAMBERS

**Classic Media, LLC v. J.G. Wentworth, LLC, Karlin + Pimsler, Inc.;
11-civ.-8394**

Dear Judge Kaplan:

We are counsel for the Defendants J.G. Wentworth, LLC and Karkin + Pimsler, Inc. in the above-referenced action, in which plaintiff asserts a single cause of action for copyright infringement. We are writing to request a 30 day extension of Defendants' time to respond to the complaint, which currently expires on December 13, 2011.

Since being served in November, Defendants have been attempting to settle the case. In that regard, Defendants' representative met with Plaintiff's counsel on Tuesday, December 6, 2011 to discuss settlement, and counsel agreed to meet again this afternoon to continue the discussions. Notwithstanding these good faith efforts to resolve the matter, Plaintiff's counsel has refused Defendants' request for an extension of time to respond to the complaint. Accordingly, we are compelled to request that the Court grant Defendants a 30 day extension to January 13, 2012.

This is the first request made by Defendants for an extension.

Respectfully submitted,

Peter D. Raymond

PDR:dc

cc: Sonja Keith, Esq.,
    Attorney for Plaintiff

SO ORDERED

LEWIS A. KAPLAN, USDJ
12/13/11

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

US_ACTIVE-107966887.1