**MEMO ENDORSED**

# DL ROTHBERG & ASSOCIATES, P.C.

1065 Avenue of the Americas, Floor 19
New York, New York 10018
Telephone: (212) 714-1212
Facsimile: (212) 714-0969





March 12, 2012

**VIA ECF and REGULAR MAIL**

Hon. Lewis A. Kaplan
United States Courthouse
500 Pearl Street, Courtroom 12D
New York, NY 10007-1312

Re:  **Classic Media, LLC v. J.G. Wentworth, LLC et al.
       Index No. 1:11-cv-08394-LAK**

Dear Judge Kaplan:

   We are counsel to Defendant, Karlin + Pimsler, Inc. in the above captioned matter. A Notice of Appearance was filed with this Court via ECF on March 7, 2012. Pursuant to the Order of this Court, both Defendants were granted until March 12, 2012, to respond to Plaintiff's Amended Complaint. In light of our recent appearance in this case, Plaintiff's counsel, Alan R. Friedman, has consented to an extension to April 3, 2012, for Defendant, Karlin + Pimsler, Inc. to answer or otherwise move.

   Based upon our discussions with Plaintiff's counsel and our review of the case via ECF, there appears to have been one prior extension granted to both Defendants on December 13, 2011, although it is unclear whether that related to the original or the Amended Complaint.

   We appreciate the courtesies of Plaintiff's counsel and request that the Court extend the schedule to April 3, 2012, for Defendant, Karlin + Pimsler, Inc.

Respectfully,

Debra L. Rothberg

Cc:  Service List
     Client

SO ORDERED

LEWIS A. KAPLAN, USDJ