Kaplan

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
CLASSIC MEDIA, LLC,

        Plaintiff,

- against -

J.G. WENTWORTH, LLC, and
KARLIN + PIMSLER, INC.,

        Defendants.
----------------------------------x

RECEIVED
APR 17 2012
JUDGE KAPLAN'S CHAMBERS
11-cv-8394 (LAK)

ECF Case

STIPULATION AND
[PROPOSED] ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/12

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, that the time for Defendants J.G. Wentworth, LLC and Karlin + Pimsler, Inc. to file reply papers in further support of their motions to dismiss the Amended Complaint in this action shall be extended through and including April 26, 2012.

By: _____
KATTEN MUCHIN ROSENMAN LLP
Alan R. Friedman
575 Madison Avenue
New York, NY 10022
Telephone: (212) 940-8800
Facsimile: (212) 940-8876

*Attorneys for Plaintiff Classic Media, LLC*

By: _____
REED SMITH LLP
Peter D. Raymond
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450

*Attorneys for Defendant J.G. Wentworth, LLC*

By: _____
DL ROTHBERG & ASSOCIATES, P.C.
Debra L. Rothberg
1065 Avenue of the Americas, Floor 19
New York, NY 10018
Telephone: (212) 714-1212
Facsimile: (212) 714-0969

*Attorneys for Defendant Karlin + Pimsler, Inc.*

SO ORDERED: _____  DATE: 4/17/12