UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
CLASSIC MEDIA, LLC,

                      Plaintiff,

           -against-                                      11 Civ. 8394 (LAK)

J.G. WENTWORTH, LLC, et ano.,

                     Defendants.
------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       The Court will hear oral argument on the pending motion and conduct a settlement conference on May 3, 2012 at 10 am in Courtroom 21B. Principals with full authority to settle shall be present in addition to counsel.

       SO ORDERED.

Dated:     April 19, 2012

                                                        Lewis A. Kaplan
                                                 United States District Judge

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #:___ DATE FILED: 4/19/12]