

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/26/12

Kaplan, J

RECEIVED
APR 25 2012
JUDGE KAPLAN'S CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CLASSIC MEDIA, LLC,

                Plaintiff,

      - against -

J.G. WENTWORTH, LLC, and
KARLIN + PIMSLER, INC.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

11-cv-8394 (LAK)

ECF Case

STIPULATION AND
[PROPOSED] ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, that the time for (i) the oral argument of the motion to dismiss made by Defendants J.G. Wentworth, LLC and Karlin + Pimsler, Inc., and (ii) the settlement conference provided for in the Order of the Hon. Lewis A. Kaplan, signed April 19, 2012, is hereby adjourned from May 3, 2012 at 10 AM to May 24, 2012 at 10 AM.

By: _____
KATTEN MUCHIN ROSENMAN LLP
Alan R. Friedman
575 Madison Avenue
New York, NY 10022
Telephone: (212) 940-8800
Facsimile: (212) 940-8876

*Attorneys for Plaintiff Classic Media, LLC*

By: _____
REED SMITH LLP
Peter D. Raymond
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450

*Attorneys for Defendant J.G. Wentworth, LLC*

By: _____
DL ROTHBERG & ASSOCIATES, P.C.
Debra L. Rothberg
1065 Avenue of the Americas, Floor 19
New York, NY 10018
Telephone: (212) 714-1212
Facsimile: (212) 714-0969

*Attorneys for Defendant Karlin + Pimsler, Inc.*

SO ORDERED: _____
           U.S.D.J.

DATE: _____