```
United States District Court
Southern District of New York
----------------------------------------X
CLASSIC MEDIA LLC
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/24/12

                    Plaintiff

against                                    11 Civ. 8394 (LAK)
                                              Docket Number
J.G. WENTWORTH, LLC and
KARLIN + PINSLER, INC.

                    Defendant
----------------------------------------X

   This cause having duly come on to be heard before me and the attorneys for all parties having appeared and advised the Court that all claims asserted herein have been settled, it is

   ORDERED that the above entitled action be and hereby is discontinued with prejudice and without costs to either side.

DATED: May 24, 2012

_____
Hon. Lewis A. Kaplan, U.S.D.J.


I hereby consent to the entry of this proposed order:

_____          _____
Attorney for Plaintiff            Attorney for Defendant
                                  JG WENTWORTH

Note:   Consent should be signed by the responsible Attorney for
        each side and not a firm name.

_____
Attorney for Defendant
KARLIN + PINSLER, INC.